UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | | |
|---|---|---|
| SHAWNA GABORIAULT, | : | |
| *on behalf of herself and all others similarly situated*, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No. 2:24-cv-113 |
| | : | |
| PRIMMER, PIPER, EGGLESTON & CRAMER, P.C. and JOHN DOES 1 THROUGH 10, | : | |
| | : | |
| Defendants. | : | |

ORDER

On or before October 15, 2025, counsel for defendant shall inform the court in writing of the status of the August 5, 2025, mediation.

Dated at Burlington, in the District of Vermont, this 1st day of October 2025.

/s/ William K. Sessions III
Hon. William K. Sessions III
United States District Judge