UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

| | |
|---|---|
| SHAWNA GABORIAULT, *on behalf of herself and all others similarly situated,*<br><br>Plaintiff,<br><br>vs.<br><br>PRIMMER, PIPER, EGGLESTON, & CRAMER, P.C., AND JOHN DOES 1 TO 10,,<br><br>Defendant. | Civil Action No. 2:24-cv-00113 |

**PLAINTIFF'S MOTION TO AMEND DISCOVERY SCHEDULE AND EXTEND DISCOVERY DEADLINES BY 60 DAYS**

Plaintiff Shawna Gaboriault ("Plaintiff"), individually and on behalf of all others similarly situated, respectfully moves this Court to amend the current discovery schedule and extend the remaining discovery deadlines by 60 days. The current stipulated amended discovery schedule was approved and so ordered by the Court on October 27, 2025. (ECF No. 45).

1. Good cause exists to modify the schedule. Federal Rule of Civil Procedure 16(b)(4) provides that a scheduling order may be modified only for good cause and with the judge's consent. Local Rule 26(a)(7) likewise permits counsel to move for an extension of discovery time for good cause where additional discovery time is required due to case complexity or other extraordinary circumstances, and provides that, absent exceptional circumstances, requests must be made before the discovery deadline expires.

2. Plaintiff has diligently pursued discovery, but additional time is necessary to complete discovery that remains material to class certification, liability, damages, and related expert issues. Specifically, On September 21, 2026, trial was scheduled for November 30, 2026, in *Jeon v. Garden Homes Management Corp.*, BER-L-3918-24 (N.J. Super. Ct. Law Div.). That trial date will materially affect Mr. Kim's availability during the period immediately preceding the current discovery deadlines. Plaintiff therefore requests a 60-day extension of all current deadlines as a 30-day extension would place the fact discovery and deposition deadline on November 29, 2026, and would therefore substantially overlap with trial preparation. A 60-day extension would provide a more workable schedule and allow the remaining discovery to be completed without conflicting with those trial obligations. The requested extension is not sought for delay. It is necessary to permit the parties to complete discovery in an orderly manner and to ensure that the class certification and expert record is developed on a fair and complete basis.

3. The present schedule includes deadlines for disclosure of Plaintiff's experts on liability and/or damages on October 2, 2026, non-expert depositions and fact discovery on October 30, 2026, Defendant's expert disclosures on November 20, 2026, and expert depositions and expert discovery on December 31, 2026. Plaintiff requests that the Court amend the schedule to extend all current deadlines by sixty days as follows:

| **Event** | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| Deadline for Disclosure of Plaintiff's Experts on Liability and/or Damages | October 2, 2026 | December 1, 2026 |

| EVENT | CURRENT DEADLINE | PROPOSED DEADLINE |
| --- | --- | --- |
| Deadline for Non-Expert Depositions | October 30, 2026 | December 29, 2026 |
| Fact Discovery Complete | October 30, 2026 | December 29, 2026 |
| Deadline for Disclosure of Defendant's Experts on Liability and/or Damages | November 20, 2026 | January 19, 2027 |
| Deadline for Expert Depositions | December 31, 2026 | March 1, 2027 |
| Expert Discovery Complete | December 31, 2026 | March 1, 2027 |
| Dispositive Motions and Daubert Motions | TBD | TBD, or 30 days after close of expert discovery |
| Trial Ready | February 2027 | April 2027 |

Pursuant to L.R. 7(a)(7), Plaintiff has made a good faith attempt to obtain the opposing party's agreement to the requested relief. Plaintiff's counsel conferred with Defendant's counsel by email regarding the requested extension on September 24, September 25, September 28, September 29, 2026, and October 1, 2026. Defendant's counsel advised that they are discussing with their client and expect to have a response by Friday, October 2, 2026. However, as Plaintiff's current deadline for the disclosure of Plaintiff's experts is October 2, 2026, Plaintiff submits this motion without further delay.

WHEREFORE, Plaintiff respectfully requests that the Court grant this motion and amend the discovery schedule.

Dated: October 1, 2026

Respectfully submitted,

MARTIN DELANEY & RICCI LAW GROUP

*/s/ Andrew Delaney*
Andrew Delaney
100 North Main Street
Barre, Vermont 05641
Telephone: (802)-479-0568
andrew@mrdvt.com

KIM LAW FIRM LLC

*/s/ Yongmoon Kim*
Yongmoon Kim, Esq. (*pro hac vice*) 411
Hackensack Avenue, Suite 701
Hackensack, New Jersey 07601
Telephone: (201)-273-7117
ykim@kimlf.com

*Attorneys for Plaintiff Shawna Gaboriault*

## CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2026, I am filing the foregoing document with the Clerk of Court via the CM/ECF system, which will provide notice of such filing to all NEF counsel of record.

*/s/ Andrew Delaney*
Andrew Delaney