**UNITED STATES DISTRICT COURT**
**DISTRICT OF VERMONT**

SHAWNA GABORIAULT, *on behalf of herself and those similarly situated,*

Plaintiff,

vs.

PRIMMER, PIPER, EGGLESTON, & CRAMER, P.C., and JOHN DOES 1 to 10,

Defendants.

Civil Action No. 2:24-cv-00113-wks

**EXHIBIT LIST**

The following exhibits are attached to the Supplemental Declaration of Yongmoon Kim in Further Support of Plaintiff's Motion for Class Certification, submitted herewith. Exhibit numbering continues from Plaintiff's opening exhibit list (ECF 55-1, Exhibits 1–10).

11. **Excerpt of Defendant's Responses to Plaintiff's First Set of Interrogatories (served February 13, 2026), Interrogatory No. 17** — PPEC's answer withholding its breach-investigation information and promising to "supplement this response with the withheld information upon entry of an appropriate protective order."

12. **PPEC's November 23, 2022 Notice to the Rhode Island Attorney General (PRIM000041–46)** — Stating that PPEC "reviewed the contents of the copied data" and determined it contained personal information.

13. **PPEC's Notice to the North Carolina Department of Justice (PRIM000062–66)** — Stating that "the files obtained by the threat actor contained personal information" and that PPEC "identified the involved individuals," and reporting a discovery date of November 10, 2021.

14. **PPEC's November 23, 2022 Supplemental Notice to the Vermont Attorney General (PRIM000047–52)** — Stating that PPEC "reviewed the contents of the copied data" and determined it contained personal information.

15. **PPEC's November 23, 2022 Data Breach Notification Submission to the Commonwealth of Massachusetts (PRIM000010–18)** — Reporting a breach discovery date of April 14, 2022.

16. **PPEC's July 27, 2022 Breach Report Submission to the Connecticut Attorney General (PRIM000381–85)** — Stating that PPEC "reviewed the contents of the copied data" and reporting a breach discovery date of April 14, 2022.

17. **PPEC "Phishing 101" Security Awareness Training Presentation (PRIM000266–80)** — PPEC's internal training identifying "three close calls in the last six weeks" involving phishing emails to firm personnel.

18. **Plaintiff's Deficiency Letter dated September 22, 2026** — Renewing the request for PPEC's forensic investigation report and breach investigation materials and requesting a privilege log.
19. **Plaintiff's Notice of Deposition of PPEC Pursuant to Fed. R. Civ. P. 30(b)(6) (served September 25, 2026)** — Including topics concerning the approximately 76 GB of data identified for copying, the approximately 46 GB copied, and PPEC's investigation.
20. **Supplemental Declaration of Yongmoon Kim in Further Support of Plaintiff's Motion for Class Certification.**