UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | | |
|---|---|---|
| SHAWNA GABORIAULT, on behalf of herself and all others similarly situated, Plaintiff, | ) | |
| v. | ) | Case No. 2:24-cv-00113-wks |
| PRIMMER, PIPER, EGGLESTON, & CRAMER, P.C., AND JOHN DOES 1 TO 10 Defendants. | ) | |

NOTICE OF APPEARANCE

Brooks G. McArthur, Esq., of the law firm Gravel & Shea PC, hereby enters his appearance for nonparties Vertek Corporation, Ron Hruby and Derrick Farmer in connection with subpoenas to testify at a deposition in the above-captioned matter.

Dated: October 20, 2026

*/s/ Brooks G. McArthur*

Brooks G. McArthur, Esq.
Gravel & Shea PC
76 St. Paul Street, 7th Floor, P.O. Box 369
Burlington, VT 05402-0369
(802) 658-0220
bmcarthur@gravelshea.com
Attorneys For Nonparties Vertek Corporation, Ron Hruby and Derrick Farmer