IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| SHAWNA GABORIAULT, *on behalf of herself and all others similarly situated,*<br>*Plaintiff,*<br><br>v.<br><br>PRIMMER, PIPER, EGGLESTON, & CRAMER, P.C., AND JOHN DOES 1 TO 10<br>*Defendants.* | Case No.: 2:24-cv-00113 |

# DISCOVERY CERTIFICATE

Pursuant to the Court's October 30, 2026 Order, Plaintiff Shawna Gaboriault served her Second Amended Responses to Defendant's First Set of Interrogatories, with verification, on November 13, 2026 on defense counsel via email with a password-protected link.

I certify that on November 13, 2026, I electronically filed this certificate with the Clerk of Court using the CM/ECF system, which will send notification to all NEF counsel of record.

Dated: November 13, 2026

Respectfully submitted,

MARTIN DELANEY & RICCI LAW GROUP

Andrew B. Delaney
100 North Main Street
Barre, Vermont 05641
Telephone: (802) 479-0568
andrew@mdrvt.com

*Co-Counsel for Plaintiff Shawna Gaboriault and the Certified Class*