**UNITED STATES DISTRICT COURT**
**DISTRICT OF VERMONT**

SHAWNA GABORIAULT, on behalf of herself and all others similarly situated,

Plaintiff,

v.

PRIMMER, PIPER, EGGLESTON, & CRAMER, P.C., AND JOHN DOES 1 TO 10

Defendants.

Case No. 2:24-cv-00113
Judge William K. Sessions III

**STIPULATED MOTION TO ADOPT**
**AMENDED DISCOVERY SCHEDULE/ORDER**

The parties submit and propose the following Amended Discovery Schedule pursuant to Local Rule 26(a)(2). The dates below are suggested dates and may be accepted or modified by the Court.

**1. Good cause for amendment.**

On October 30, 2026, the Court entered a text-only Order granting Plaintiff's Motion to Amend the Discovery Schedule/Order (ECF No. 61) (ECF No. 73). Following that Order, counsel for the parties conferred regarding the remaining deadlines.

Good cause exists for the amendments set forth below. The parties are presently scheduling the depositions of Plaintiff and Defendant's corporate representative and witnesses. The parties' experts require the complete production and deposition testimony to prepare their reports. The amended schedule does not alter the deadline for fact discovery and extends only the expert discovery and subsequent deadlines.

**2. Amended deadlines.**

The remaining deadlines are amended as follows.

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Deadline for Non-Expert Depositions | December 29, 2026 | December 29, 2026 (no change) |
| Fact Discovery Complete | December 29, 2026 | December 29, 2026 (no change) |
| Deadline for Disclosure of Plaintiff's Experts on Liability and/or Damages | December 1, 2026 | February 26, 2027 |
| Deadline for Disclosure of Defendant's Experts on Liability and/or Damages | January 19, 2027 | March 26, 2027 |
| Deadline for Expert Depositions | March 1, 2027 | April 30, 2027 |
| Expert Discovery Complete | March 1, 2027 | April 30, 2027 |
| Dispositive Motions and Daubert Motions | TBD, or 30 days after close of expert discovery | TBD, or 30 days after close of expert discovery |
| Motions Related to Conduct of Trial | TBD | TBD |
| Trial Ready | April 2027 | May 2027 |

3. **Early Neutral Evaluation.** The parties shall complete an Early Neutral Evaluation session on or before February 26, 2027, and will jointly propose the early neutral evaluator to the Court.

Dated: November 17, 2026

Respectfully submitted,

*/s/ Yongmoon Kim*
Yongmoon Kim (pro hac vice)
KIM LAW FIRM LLC
411 Hackensack Avenue, Suite 701
Hackensack, New Jersey 07601
Tel & Fax: (201) 273-7117
Email: ykim@kimlf.com

/*s/Andrew B. Delaney*
Andrew B. Delaney
MDR LAW GROUP
100 North Main Street
Barre, Vermont 05641
T: (802) 479-0568
Email: andrew@mdrvt.com
*Attorneys for Plaintiff and the Certified Class*

Dated: November 17, 2026

Respectfully submitted,

*/s/ Matthew S. Borick*
Matthew S. Borick
DOWNS RACHLIN MARTIN PLLC
199 Main Street, P.O. Box 190
Burlington, VT 05401
Telephone: (802)-863-2375
mborick@drm.com

*/s/ Timothy D. Shea*
Timothy D. Shea (pro hac vice)
Christopher J. Seusing (pro hac vice)
WOOD SMITH HENNING & BERMAN, LLP
801 Kirkland Avenue, Suite 100
Kirkland, WA 98033
Telephone: 206-204-6800
TShea@wshblaw.com
cseusing@wshblaw.com
*Attorneys for Defendant Primmer Piper Eggleston & Cramer PC*

APPROVED and SO ORDERED:

_______________________________________

Hon. William K. Sessions III, U.S. District Judge

Dated: ________________

**CERTIFICATE OF SERVICE**

I certify that on November 19, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all NEF counsel of record.

/s/ Andrew B. Delaney
Andrew B. Delaney